**GROUP EXHIBIT B**

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

RECEIVED
IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE
04/17/15   08:21
$20.00   Electronic

20229705   FS

A. NAME & PHONE OF CONTACT AT FILER (optional)
David A. Kraft   217-337-0518

B. E-MAIL CONTACT AT FILER (optional)
kraftproperties@ameritech.net

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
David A. Kraft
133 W. Main St.
Urbana, IL, 61801

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC 1Ad)

1a. ORGANIZATION'S NAME: THE ART THEATER CO-OP

1c. MAILING ADDRESS: 126 W. Church St. | CITY: Champaign | STATE: IL | POSTAL CODE: 61820 | COUNTRY: USA

2. DEBTOR'S NAME: ...

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one secured party name (3a or 3b)

3b. INDIVIDUAL'S SURNAME: Kraft | FIRST PERSONAL NAME: David | ADDITIONAL NAME(S)/INITIAL(S): A.

3c. MAILING ADDRESS: 133 W. Main St. | CITY: Urbana | STATE: IL | POSTAL CODE: 61801 | COUNTRY: USA

4. COLLATERAL: This financing statement covers the following collateral:
all inventory, equipment, accounts, chattel paper, electronic chattel paper, instruments, investment property, money, other rights to payment and performance, attachments, accessions, accessories, fittings, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property; and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decendent's Personal Representative

6a. ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
6b. ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☑ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
David A. Kraft    217-766-9547

B. E-MAIL CONTACT AT FILER (optional)
kraftproperties@ameritech.net

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
David A. Kraft
133 W. Main St.
Urbana, IL, 61801

RECEIVED
IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE
08/28/17    12:31
$20.00    Electronic

22662430    FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME:

1a. ORGANIZATION'S NAME: The Art Film Foundation

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 126 W. Church St. | Champaign | IL | 61820 | USA |

2. DEBTOR'S NAME:

3. SECURED PARTY'S NAME:

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Kraft | David | A | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 133 W. Main St. | Urbana | IL | 61801 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
all inventory, equipment, accounts, chattel paper, electronic chattel paper, instruments, investment property, money, other rights to payment and performance, attachments, accessions, accessories, fittings, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property; and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property

7. ALTERNATIVE DESIGNATION (if applicable): ✓ Lessee/Lessor

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)