UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                    )
                                          )
THE ART FILM FOUNDATION, NFP,             )    NO. 19-91065
                                          )    Chapter 7

## MOTION TO EMPLOY PROFESSIONAL PURSUANT TO 11 U.S.C. §327(a)

NOW COMES, Kristin L. Wilson, assigned Chapter 7 Trustee for the above captioned case, and for her Application to the Court for authority to employ an appraiser, pursuant to 11 U.S.C. §327(a), and who in support states as follows:

1. The Debtor filed its voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on November 5, 2019.

2. Kristin L. Wilson, serves as the assigned Chapter 7 Bankruptcy Trustee.

3. Debtor's 341 meeting was conducted on December 19, 2019. The 341 meeting has been continued to January 16, 2020.

4. Debtor owns several assets including but not limited to projectors, lighting system as well as various other property which the Trustee proposes to hire Jesse Swinderman and Swinderman Engineering Services to provide a value for the items.

5. The Trustee seeks authority to employ Jesse Swinderman and Swinderman Engineering Services for a fee of $99.00 per hour for evaluating and providing a value to the above referenced assets.

6. The applicant is informed and believes that the above-named appraiser and does not hold or represent an interest adverse to the Bankruptcy Estate and the employment of the aforesaid appraiser is in the best interest of the Bankruptcy Estate.

WHEREFORE, Kristin L. Wilson, Chapter 7 Trustee, respectfully prays that the Application will be granted by the Court on the aforesaid terms and conditions.

Dated this 7th day of January, 2020.

/s/Kristin L. Wilson
Kristin L. Wilson
Chapter 7 Trustee

## Certificate

The undersigned does hereby certify that on the 7th day of January, 2020, she electronically filed the above and foregoing document with the U.S. Bankruptcy Court, Urbana, Illinois by means of CM/ECF. By filing the document through CM/ECF, all parties of record have been served, including the attorney of record, Mary Gorski, by electronic mail.

Further, I mailed a copy of the document by U.S. Mail to the following persons:

>The Art Film Foundation, NFP　　Jesse Swinderman
>PO Box 1151　　　　　　　　　　　Swinderman Engineering Services
>Champaign, IL 61824　　　　　　5414 Goldeneye Road
>　　　　　　　　　　　　　　　　Champaign, IL 61822

By inserting a copy of the document in an envelope addressed as aforesaid, with sufficient first class postage attached thereto and depositing the same in the U. S. Mail at Charleston, Illinois on January 7, 2020.

>　　　　　　　　　　　　　　　　/s/Kristin L. Wilson
>　　　　　　　　　　　　　　　　Kristin L. Wilson
>　　　　　　　　　　　　　　　　Chapter 7 Trustee
>　　　　　　　　　　　　　　　　PO Box 137
>　　　　　　　　　　　　　　　　Charleston, IL  61920
>　　　　　　　　　　　　　　　　217-345-3079
>　　　　　　　　　　　　　　　　Email: klwilson111@gmail.com