UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| THE ART FILM FOUNDATION, NFP,  ) | NO. 19-91065 |
| ) | Chapter 7 |

## NOTICE OF MOTION TO EMPLOY PROFESSIONAL PURSUANT TO 11 U.S.C. §327(a)

Kristin L. Wilson, Chapter 7 Trustee, has filed papers with the Court to employ Jesse Swinderman and Swinderman Engineering Services as appraiser. The Trustee proposes to pay Jesse Swinderman and Swinderman Engineering Services an hourly rate of $99.00 for evaluating and providing a value for several assets owned by the Debtor subject to approval of the U.S. Bankruptcy Court.

The pleading referred to the above may be viewed in the Bankruptcy Clerk's office during regular business hours or on PACER (Public Access to Court Electronic Records) at https://www.pacer.ilcb.uscourts.gov.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)

If you do not want the Court to grant the relief sought in the above named document or if you want the Court to consider your views, then you or your attorney must file a written objection explaining your position.

Written objections must be filed with the Clerk's Office by January 21, 2020.

You must also serve a copy on interested parties and file a proof of service with the Clerk of the Court.

Go to www.ilcb.uscourts.gov for information regarding this Court's mandatory electronic filing policy.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: January 7, 2020

/s/Kristin L. Wilson
Kristin L. Wilson/Chapter 7 Trustee
PO Box 137
Charleston, IL 61920
Tel: 217/345-3079

## CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on January 7, 2020, and that she has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

Nancy J. Gargula
United States Trustee

Cristina Manuel

/s/Kristin L. Wilson

I certify that on January 7, 2020, I deposited a copy of the foregoing in a U.S. Post office box, Charleston, IL 61920, enclosed in an envelope with proper postage prepaid, addressed to the following in the manner set forth:

See Attached.

/s/Kristin L. Wilson