UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| THE ART FILM FOUNDATION, NFP, | ) NO. 19-91065 |
| | ) Chapter 7 |

### OBJECTION TO DAVID KRAFT'S MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES Kristin L. Wilson, Chapter 7 Trustee and for her Objection respectfully states as follows:

1. That David A. Kraft has filed a Motion for Relief from the Automatic Stay alleging he is the owner of certain real estate located at 126 West Church Street, Champaign, Illinois.

2. The 341 meeting for this case was held December 19, 2019 and has been continued to January 16, 2020.

3. Trustee is in the process of verifying validity of the security interest with the State of Illinois, reviewing records of the Debtor provided via the Debtor's computer provided at the original 341 and obtaining a valuation of assets located at the property.

4. Trustee has filed a motion to employ Jesse Swinderman for the purpose of valuing and potentially selling certain items of commercial property.

5. Trustee needs additional time to complete these tasks and has been in contact with the creditor and creditor has agreed to a continuation of the hearing on the Motion to Lift Stay.

WHEREFORE, The Trustee requests that the Court deny the Motion to Lift Stay as being premature.

/s/Kristin L. Wilson
Kristin L. Wilson/Chapter 7 Trustee
611 6th Street
Charleston, IL 61920
Telephone: 217-345-3079

## CERTIFICATE OF SERVICE

The undersigned certifies that the above document was filed electronically with the Court on January 7, 2020 and that she has determined that the following persons are registered with the Court for electronic filing, and therefore, will be sent a copy of the pleading by the Court:

United States Trustee
Cristina Manuel

/s/Kristin L. Wilson

## CERTIFICATE OF SERVICE

I certify that on January 7, 2020, I deposited a copy of the foregoing in a U.S. Post Office box at Charleston, Illinois enclosed in an envelope with proper postage prepaid, addressed to the following in the manner set forth:

Joseph Chamley
Evans, Froehlich, Beth & Chamley
44 Main Street Suite 310
Champaign, IL 61820

/s/ Kristin L. Wilson
Kristin L. Wilson

KRISTIN L. WILSON
Chapter 7 Trustee
611 6th Street
Charleston, IL  61920
Telephone:  (217) 345-3079
Email: klwilson111@gmail.com