**IT IS SO ORDERED.**

**SIGNED THIS: February 10, 2020**

*(signature)*

**Mary P. Gorman**
**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                )
                                      )   Case No. 19-91065
THE ART FILM FOUNDATION, NFP          )   Chapter 7

## AGREED ORDER ON
## MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter having come before me on the Motion for Relief From Automatic Stay heretofore filed by DAVID A. KRAFT, Petitioner, and due cause appearing to me and being fully advised in the premises, and after due notice,

IT IS ORDERED, ADJUDGED and DECREED by the Court as follows:

1. That the said DAVID A. KRAFT be and hereby is relieved from the compliance with the Court's Order staying proceedings against property of the Debtor and is hereby authorized to pursue enforcement of its security interest and rights in the following:

### LEASE OF THEATRE

126 West Church Street, Champaign, IL (not including second story)

together with all personal property and improvements located thereon (including but not limited to 248 theater seats, 209 10-inch opaque red Snap-Lok marquee letters and numbers, one ticket desk, and one concession counter) and rights to the trade names "Art Theatre" and "Art Theater", (Hereafter collectively "Theatre")

and the $4,000 deposit from THE ART FILM FOUNDATION, NFP held by DAVID A. KRAFT. Trustee has not assumed the Lease and it is declared rejected by Trustee.

**COMMERCIAL PERSONAL PROPERTY**

all inventory, equipment, chattel paper, electronic chattel paper, instruments, investment property, money, other rights to payment and performance, attachments, accessions, accessories, fittings, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property; and all additions, replacements of and substitutions for all or any part of the foregoing property. all insurance refunds relating to the foregoing property; whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or
hereafter subject to any rights in the foregoing property (Hereafter "Collateral")

in addition, the stay shall be lifted as to a certain computer and iPhone in the possession of Trustee, but Trustee shall be allowed possession for a reasonable time to allow Trustee to access financial and other data, then Trustee shall clear the data and return the equipment to DAVID A. KRAFT

2.      The following are not included in this Lift Stay Order and are no longer subject to the security agreement and UCC held by DAVID A. KRAFT and shall be considered assets of the estate and DAVID A. KRAFT claims no interest in those items. As such they shall be distributed by the trustee to the unsecured creditors:

Check payable to Debtor from the Univ. of Illinois in the amount of $5,000 held by Trustee
Check payable to Debtor from BMI in the amount of $41.20 held by Trustee
Check payable to Debtor from Central IL Jobs with Justice in the amount of $250 held by Trustee
Check payable to Debtor from Secure in the amount of $193.80 held by Trustee
Check payable to Debtor from a donor in the amount of $500 held by Trustee
Accounts receivable owed to Debtor
Claims against third parties owned by Debtor

IT IS FURTHER ORDERED that the 14-day stay after entry of this Order be waived.

APPROVED:

/s Kristin Wilson
KRISTIN WILSON, Trustee for
THE ART FILM FOUNDATION, NFP

Prepared by:
JOSEPH P. CHAMLEY
EVANS, FROEHLICH, BETH & CHAMLEY
Attorneys for DAVID A. KRAFT
44 Main Street, Suite 310
Champaign, IL 61820
Tele: 217/359-6494
jchamley@efbclaw.com

###